UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

AL MAYA TRADING ESTABLISHMENT,

        Petitioner,                               Case No.: 14-CV-0275 (PAE)

  -against-

GLOBAL EXPORT MARKETING, LTD.,         **NOTICE OF MOTION TO DISMSISS**

        Respondent.

------------------------------------------------------x

    PLEASE TAKE NOTICE, that the above-captioned respondent Global Export marketing, Ltd., will move this Court before the Honorable Paul A. Engelmayer, United States District Judge, at a time and date to be fixed by the Court, to dismiss the Petitioner's motion pursuant to Federal Rule of Civil Procedure § 12(b)(6) on the ground that the motion fails to state a claim for who relief can be granted; for petitioner's failure to comply with Southern District of New York, Local Rule § 7.1; in the alternative, an order of the court that a trial by jury be held on the issue of the validity of the 1999 contract on which petitioner relies; and, that the Court orders sanctions against petitioner in accord with Fed. R. Civ. Pro. 11, and that the court grants such further relief as it deems appropriate.

Dated: New York, N.Y.
February 25, 2014

YOURS. Etc.,

/s/ Raymond J. Aab (RA 4195)
Attorney for Respondent
61 Broadway, suite 2500
New York, N.Y. 10006
Tel.: 917-551-1300
Fax: 917-551-0030
Email: rja120@msn.com

TO:

Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, N.Y. 10166
Att: Mitchell A. Karlan, Esq.