# INVOICE



**GLOBAL EXPORT MARKETING CO., LTD.**
www.globalxport.com

Eleven Penn Plaza, Suite 1031
New York, NY 10001, USA

Tel: (212) 268 9930   Fax (212) 268 9935

**Al Maya Lals Int. (FZC) LLC.**
P.O. Box 8214
Sharjah U.A.E.
Tel. : 9714 3473 500
Fax : 9714 3473 501

| Date: | JUN 15, 2002 | PAGE 1 |
|---|---|---|

| | |
|---|---|
| Invoice No: | 7510 |
| Order No: | J20020401-5 |
| Date: | 4/1/2002 |
| Cust. Ref: | DG/8032 |
| Terms: | Payment: T/T |
| | Sales: C&F PORT RASHID |
| Shipment: | 1 X 20FT. CONTAINER |
| Via: | SS.PALERMO S.V.947 (UASC) |
| BUYER | INSURES |

**MARKS:**
DG/8032/DUBAI

| NO | DESCRIPTION | ITEMCODE | CARTONS | UNIT PRICE | AMOUNT ($) |
|---|---|---|---|---|---|
| 1 | 12/4oz AG Ripple Potato Chips | 50502 | 250 | 9.80 | 2,450.00 |
| 2 | 12/4oz AG BBQ Flavored Potato Chips | 50504 | 175 | 9.80 | 1,715.00 |
| 3 | 12/4oz AG Sour Cream & Onion Potato Chips | 50503 | 175 | 9.80 | 1,715.00 |
| 4 | 12/4oz AG Red Hot Flavored Potato Chips | 50505 | 270 | 9.80 | 2,646.00 |
| 5 | 12/6.5oz AG Corn Chips | 50507 | 175 | 9.80 | 1,715.00 |
| 6 | 12/4oz AG Nacho Tortilla Chips | 50508 | 210 | 9.80 | 2,058.00 |
| | ALL ITEMS E/A WITH P/E DATES | | | | |
| | PLUS WAR RISK SURCHARGE | | 1 | 75.00 | 75.00 |
| | LESS FREIGHT ALLOWANCE | | 1 | -350.00 | -350.00 |
| | GOODS OF U.S.A. ORIGIN. | | | | |
| | | | C&F PORT RASHID DUBAI | TOTAL | 12,024.00 |

FOR GLOBAL EXPORT MARKETING CO.,LTD.

# Acknowledgement



**GLOBAL EXPORT MARKETING CO., LTD.**
www.globalxport.com

Eleven Penn Plaza, Suite 1031
New York, NY 10001, USA

Tel: (212) 268 9930    Fax (212) 268 9935

**Al Maya Lals Int. (FZC) LLC.**
P.O. Box 8214

Sharjah U.A.E.
ATTN: Mr. Lal Motwani

Date: Mar 4, 02    PAGE 1

Order No: J20020304-4
Date: 3/4/2002
Cust. Ref: E Mail
Terms:    Payment: T/T
          Sales: C&F DUBAI
Shipment: 1 / 20ft. Containers

**COMMENTS:**

| NO | DESCRIPTION | ITEMCODE | CARTONS | UNIT PRICE | AMOUNT ($) |
|---|---|---|---|---|---|
| 1 | 12/8oz AG French Dressing | 50459 | 500 | 8.00 | 4,000.00 |
| 2 | 12/8oz AG Italian Dressing | 50456 | 900 | 8.00 | 7,200.00 |
| 3 | 12/8oz AG Russian Dressing | 50458 | 200 | 8.00 | 1,600.00 |
| 4 | 12/8oz AG Thousand Island Dressings | 50457 | 1100 | 8.00 | 8,800.00 |
| | American Garden label- | | | | |
| | Please advise dating requirements | | | | |
| | Plus war Risk Insurance | | 1 | 75.00 | 75.00 |

| Remarks: | C&F DUBAI | TOTAL | 21,675.00 |
|---|---|---|---|

FOR GLOBAL EXPORT MARKETING CO.,LTD.



# INVOICE

**Global Export Marketing Co., Ltd**
450 Seventh Avenue, Suite 2200
New York City, NY 10123 USA
Tel: (212) 268 9930 Fax: (212) 268 9935

Al Maya International Ltd(FZC)
P.O. Box 8476
Dubai
UAE
Tel: 9714 3473 500
Fax: 9714 3473 501    E-mail: joseph@almayalals.com

| Date: | December 7, 2010 | Page 1 |
|---|---|---|
| Invoice No: | 16420 | |
| Order No: | J2010101319 | |
| Order Date: | October 13, 2010 | |
| Cust.Ref: | OP# 10001039 | |
| Terms: | Payment: TT Against Document Copy | |
| | Sales: C&F Jebel Ali | |
| Shipment: | 1 X 20ft Container | |
| Via: | SS.AL MUTANABBI V.1045E(UASC) | |
| BUYER | INSURES | |
| MARKS: | OP# 10001039 / JEBEL ALI | |

| NO | DESCRIPTION | ITEMCODE/ HS CODE | CARTONS | UNIT PRICE | AMOUNT ($) |
|---|---|---|---|---|---|
| 1 | 12/16oz AG Horseradish Sauce | 1727350095 | 100 | 17.15 | 1,715.00 |
| | | 2103.90.90.90 | | | |
| 2 | 12/18oz AG BBQ Sauce | 1727350157 | 1350 | 12.38 | 16,713.00 |
| | | 2103.90.90.90 | | | |
| 3 | 12/18oz AG Hickory BBQ Sauce | 1727350158 | 100 | 12.38 | 1,238.00 |
| | | 2103.90.90.90 | | | |
| 4 | 12/18oz AG Honey BBQ Sauce | 1727350169 | 103 | 12.38 | 1,275.14 |
| | | 2103.90.90.90 | | | |
| 5 | 12/11.5oz AG Squeeze Mayonnaise | 1727350445 | 300 | 15.99 | 4,797.00 |
| | | 2103.90.90.20 | | | |
| 6 | 4/1g AG BBQ Sauce Original | 1727350470 | 96 | 25.80 | 2,476.80 |
| | | 2103.90.72.00 | | | |
| | GOODS OF U.S.A ORIGIN | | | | |
| | Plus Bunker 1 X 172 | | | | 172.00 |
| | Plus GRI 1 X 100 | | | | 100.00 |
| | Plus USA Domestic Fuel Surcharge 1 X 300 | | | | 300.00 |
| | Plus War 1 X 35 | | | | 35.00 |
| | | | | USD TOTAL | 28,821.94 |

Remarks:

FOR GLOBAL EXPORT MARKETING CO. LTD.